IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **TOMMIE JEAN ADAMS, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00082** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

**and**

| | |
|---|---|
| **TOMMIE JEAN ADAMS, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00087** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

**and**

| | |
|---|---|
| **JAMES SHADWICK ALFORD, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00083** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

**and**

| | |
|---|---|
| **JAMES SHADWICK ALFORD, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00088** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

**and**

| | |
|---|---|
| **ALICIA ANDERSON, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00084** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

**and**

| | |
|---|---|
| **ALICIA ANDERSON, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00089** |
| **CENTRAL INDUSTRIES, INC.,et al.** | **DEFENDANTS** |

**and**

| | |
|---|---|
| **BOBBY W. MYERS, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00086** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

and

| | |
|---|---|
| **BOBBY W. MYERS, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00091** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

and

| | |
|---|---|
| **ATLEY H. ROLAND, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00085** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

and

| | |
|---|---|
| **ATLEY H. ROLAND, et al.** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:06cv00090** |
| **CENTRAL INDUSTRIES, INC., et al.** | **DEFENDANTS** |

## ORDER

HAVING COME BEFORE THE COURT on Defendants' Motion to Consolidate, and the Plaintiffs having failed to respond to the Motion, and the Court being fully advised in the premises hereby orders the above-captioned cases to be consolidated before the undersigned Judge for purposes of ruling on Plaintiffs' Motions to Remand. Pursuant to Local Rule 42.1, all cases shall be consolidated under the case bearing the lowest docket number, *Adams, et al.*

*v. Central Industries, et al.*, Civil Action No. 3:06cv00082, and all pleadings and memoranda shall be filed under that number.

SO ORDERED this the 20th day of April, 2006.

CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:

Kathy K. Smith (MSB #10350)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300 (39201)
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 948-6470
Facsimile: (601) 354-3623

Civil Action No. 3:06-cv-82 WS